IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JIM QUASEBARTH AND<br>ROBYN QUASEBARTH,<br><br>      PLAINTIFF(S),<br><br>VS.<br><br>GREEN TREE SERVICING, LLC,,<br><br>      DEFENDANT(S). | CASE NO. 4:14-CV-223 |

**PLAINTIFFS CERTIFICATE OF NEED TO FILE DISCOVERY**

Plaintiffs Jim and Robyn Quasebarth ("Plaintiffs") file this Certificate of Need to File Discovery pursuant to Rule 5.1 of the Local Rules for the District court for the Middle District of Georgia and Rule 32 of the Federal Rules of Civil Procedure, and respectfully file the following discovery:

1. Transcript of Donna Singleton Taylor's Deposition, dated September 15, 2015;

2. Transcript of Maxwell J. Jones Sr.'s Deposition, dated September 21, 2015; and,

3. Transcript of Cynthia Y. Jones' Deposition, dated September 21, 2015.

Plaintiffs certify that the above-referenced discovery and any accompanying exhibits are being relied upon by Plaintiffs in connection with their Response in Opposition to Defendant's Motion for Summary Judgment which is being filed with the Court.

This 7th day of December, 2015.

        **CHARLES A. GOWER, P.C.**

        */s/ Charles A. Gower*
        Charles A. Gower
        Georgia Bar No. 303500
        Charlie@cagower.com
        Shaun P. O'Hara
        Georgia Bar No. 749503
        shaun@cagower.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

James C. Clark, Jr.
Alan G. Snipes
Page, Scrantom, Sprouse, Tucker & Ford, P.C.
1111 Bay Avenue, Third Floor
P.O. Box 1199
Columbus, GA  31902

John C. Lynch
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462

Michael E. Lacy
Troutman Sanders Building
1001 Haxall Point
Richmond, Virginia 23219

This 7th day of December, 2015.

*/s/ Charles A. Gower*
Charles A. Gower
Attorney for Plaintiffs