IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JIM QUASEBARTH and ROBYN QUASEBARTH, | * |
| | * |
| Plaintiffs, | Case No. 4:14-cv-00223 (CDL) |
| v. | * |
| GREEN TREE SERVICING LLC, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated March 31, 2016, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Defendant shall recover costs of this action.

This 1st day of April, 2016.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk